1  NANCY E. PRITIKIN, Bar No. 102392
   LITTLER MENDELSON, P.C.
2  650 California Street, 20th Floor
   San Francisco, CA  94108
3  Telephone:    415.433.1940
   Facsimile:    415.399.8490
4
   MICHAEL G. LEGGIERI, Bar No. 253791
5  LITTLER MENDELSON, P.C.
   1255 Treat Blvd., Suite 600
6  Walnut Creek, CA 94597
   Telephone:    925.927.4526
7  Facsimile:    916.848.0200

8  Attorneys for Defendant
   MERASTAR INSURANCE COMPANY
9  (erroneously sued as "Kemper Independent
   Insurance Company")
10
   MARY-ALICE COLEMAN, Bar No. 98365
11 MICHAEL S. AHMAD, Bar No. 231228
   MATTHEW J. ROBERTS, Bar No. 277625
12 LAW OFFICE OF MARY-ALICE COLEMAN
   1109 Kennedy Place, Suite #2
13 Davis, CA 95616
   Telephone:  (916) 498-9131
14 Facsimile:  (916) 304-0880

15
                     UNITED STATES DISTRICT COURT
16
                    EASTERN DISTRICT OF CALIFORNIA
17
                          SACRAMENTO DIVISION
18

19
   AMY WEHNER-WAGNER,                    Case No.  12cv3004 KJM (CKD)
20
                  Plaintiff,             **STIPULATION TO CONTINUE
21                                       MANDATORY SETTLEMENT
   v.                                    CONFERNECE; AND [PROPOSED]
22                                       ORDER**

23 KEMPER INDEPENDENT INSURANCE          Date:        August 25, 2014
   COMPANY, a corporation authorized to  Time:        9:30 A.M.
24 conduct business in California,       Judge:       Hon. Carolyn K. Delaney
                                         Courtroom:   24
25              Defendant.

26                                       Action Filed:  Dec. 13, 2012
                                         Trial Date:    Jan. 20, 2015
27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION TO CONTINUE MSC;
ORDER
FIRMWIDE:127623271.2 070348.1004

12cv3004

1  IT IS HEREBY stipulated by and between Plaintiff AMY WEHNER-WAGNER ("Plaintiff") and Defendant MERASTAR INSURANCE COMPANY ("Defendant"), erroneously sued as KEMPER INDEPENDENT INSURANCE COMPANY, in the above-captioned matter, through their respective counsel, that the Mandatory Settlement Conference ("MSC") presently scheduled for Monday, August 25, 2014, at 9:30 A.M. in Courtroom 24 (per the Court's June 18, 2014, Minute Order), be continued one day to Tuesday, August 26, 2014. The parties telephonically confirmed the availability of this date with the Court on June 23, 2014.

This continuance is supported by good cause in that Tuesday, August 26, 2014, is a more convenient date for Defendant's client representative, who is located out-of-state, to travel to and participate in a MSC in this matter, and the proposed one-day continuance will not interfere with the January 20, 2015 trial date.

**IT IS SO STIPULATED.**

Dated: June 24, 2014

*/s/ Nancy Pritikin*
NANCY E. PRITIKIN
MICHAEL G. LEGGIERI
LITTLER MENDELSON, P.C.
Attorneys for Defendant
MERASTAR INSURANCE COMPANY

Dated: June 24, 2014

/s/ *Matthew J. Roberts*
MARY-ALICE COLEMAN
MICHAEL S. AHMAD
MATTHEW J. ROBERTS
LAW OFFICE OF MARY-ALICE COLEMAN
Attorneys for Plaintiff
AMY WEHNER-WAGNER

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION TO CONTINUE MSC; ORDER
FIRMWIDE:127623271.2 070348.1004

1.

12cv3004

# [PROPOSED] ORDER

Good cause appearing, IT IS HEREBY ORDERED that the Mandatory Settlement Conference previously scheduled for Monday, August 25, 2014, is hereby continued to Tuesday, August 26, 2014, at 9:30 A.M. in Courtroom 24.

Dated: June 25, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION TO CONTINUE MSC; ORDER
FIRMWIDE:127623271.2 070348.1004

2.

12cv3004